# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

In the Matter of the Dependency of

A.M.M., DOB: 9/16/2006,
M.A.M., DOB: 5/28/2008,
A.M.M., DOB: 12/16/2009,

STATE OF WASHINGTON,
DEPARTMENT OF SOCIAL AND
HEALTH SERVICES,

          Respondent,

v.

BRIAN MARES,

          Appellant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 73137-8-I
(consolidated with
No. 73136-6-I and 73139-4-I)

DIVISION ONE

UNPUBLISHED OPINION

FILED:   JUL 2 7 2015

PER CURIUM — Brian Mares appeals from the order terminating parental rights to his three children. The parties have stipulated that the order should be reversed and vacated. We accept the parties' stipulation, reverse and vacate the order terminating parental rights, reinstate Brian Mares as a party, and remand for further proceedings before a different judicial officer.

Reversed, vacated, and remanded.

FOR THE COURT:

_Dwyer, J._

_Leach, J._

_Spearman, C.J._